ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Charter Contracting Company, LLC | ) | ASBCA Nos. 62952, 62953, 62954 |
| | ) | 62955, 63058 |
| | ) | |
| Under Contract No. W912BU-17-C-0018 | ) | |

APPEARANCE FOR THE APPELLANT:    Peter F. Carr, II, Esq.
  Eckert Seamans Cherin & Mellott, LLC
  Boston, MA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Scott C. Seufert, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Baltimore

          Jacqueline J. Ryan, Esq.
James A. Wallace, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Philadelphia

ORDER OF DISMISSAL

The disputes have been settled.  The appeals are dismissed with prejudice.

Dated:  September 12, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62952, 62953, 62954, 62955, 63058, Appeals of Charter Contracting Company, LLC, rendered in conformance with the Board's Charter.

Dated: September 13, 2023

_for Jammye D. Allott_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals